

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | | |
|---|---|---|---|
| PENNY JONES, | § | No. 08-20-00040-CV | |
| Appellant, | § | Appeal from the | |
| v. | § | 155th District Court | |
| MAXINE COPPINGER, | § | of Fayette County, Texas | |
| Appellee. | § | (TC# 2018V-180) | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore order the judgment be modified/reformed striking the provision holding Jones's attorney liable for paying the award, as well as the contempt language contained therein. The judgment, as modified/reformed, is affirmed. We further order Appellant pay all costs of this appeal, in accordance with the opinion of this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF AUGUST, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.